No. 73–1862.  LAVINE, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK v. ALBANY WELFARE RIGHTS ORGANIZATION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 73–1863.  ZIM'S FOODLINER, INC., DBA ZIM'S IGA FOODLINER, ET AL. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.

No. 73–1864.  BROWN .v. GEORGIA POWER CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 73–1865.  SHAWNEE PLASTICS, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 6th Cir.  Certiorari denied.

No. 73–1866.  TURETSKY v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 73–1867.  SCHEIN ET AL. v. CAESAR'S WORLD, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 73–1871.  NOGA ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–1872.  PARKER v. MCKEITHEN, GOVERNOR OF LOUISIANA, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 73–1873.  HAWK v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–1874.  ROSSI ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.